IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY BETH HARCROW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:18-cv-00828 |
| ) | |
| CLYDE HARCROW, et al., ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE NEWBERN |
| Defendants. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 161), which was filed on February 16, 2021. Through the Report and Recommendation, the Magistrate Judge recommends that Defendant Sumner County's second motion to dismiss (Doc. No. 134) be granted and that its first motion to dismiss (Doc. No. 99) be denied as moot. The Magistrate Judge further recommends that Plaintiff's claims against the Sumner County Sheriff and Judicial Commission of Sumner County be dismissed under Rule 12(b)(6) and Plaintiff's claims against Sumner County and John Does 1-99 be dismissed without prejudice under Rule 41(b)(1). Finally, the Magistrate Judge recommends that Plaintiff's motion to expedite (Doc. No. 149) be administratively terminated. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendant Sumner County's second motion to dismiss (Doc. No. 134) is **GRANTED** and its first motion to dismiss (Doc. No. 99) is **DENIED** as moot. Plaintiff's claims against the Sumner County Sheriff and Judicial Commission of Sumner County are **DISMISSED** and Plaintiff's claims against Sumner County and John Does 1-99 are

**DISMISSED** without prejudice. The Clerk is **DIRECTED** to administratively terminate Plaintiff's motion to expedite (Doc. No. 149).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE